■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BISHOP GREEN, Appellant. [847 NYS2d 894]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Rotker, J.), imposed August 3, 2005, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Crane, Santucci, Fisher and Carni, JJ., concur.